| | |
|---|---|
| 1 | Daniel F. Fears, Bar No. 110573 |
|  | dff@paynefears.com |
| 2 | Andrew K. Haeffele, Bar No. 258992 |
|  | akh@paynefears.com |
| 3 | Leilani E. Jones, Bar No. 298896 |
|  | llj@paynefears.com |
| 4 | PAYNE & FEARS LLP |
|  | 4 Park Plaza, Suite 1100 |
| 5 | Irvine, California 92614 |
|  | Telephone: (949) 851-1100 |
| 6 | Facsimile: (949) 851-1212 |

Attorneys for GARFIELD BEACH CVS LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUELINE PONCE, | Case No. 2:22-cv-00402 DSF (AGRx) |
| Plaintiff, | **The Hon. Dale S. Fischer** |
| v. | **NOTICE OF SETTLEMENT OF ENTIRE CASE** |
| GARFIELD BEACH CVS LLC, | |
| Defendant | |

Plaintiff Jaqueline Ponce and Defendant Garfield Beach CVS, LLC (collectively, "the Parties") jointly submit this Notice of Settlement.

The Parties are pleased to report that this matter has settled. The Parties are currently finalizing their settlement. They expect to file a notice or stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41 within sixty (60) days.

| | | |
|---|---|---|
| 1 | DATED: February 26, 2024 | PAYNE & FEARS LLP |
| 2 | | |
| 3 | | By:  */s/ Leilani E. Jones*  <br>         LEILANI E. JONES |
| 4 | | |
| 5 | | Attorneys for Defendant GARFIELD BEACH CVS, LLC |
| 6 | | |
| 7 | | |
| 8 | DATED: February 26, 2024 | THE LAW OFFICE OF GAVRIL T. GABRIEL |
| 9 | | |
| 10 | | By:  */s/ Gavril T. Gabriel*  <br>         GAVRIL T. GABRIEL |
| 11 | | |
| 12 | | Attorneys for Plaintiff JAQUELINE PONCE |

-2-
NOTICE OF SETTLEMENT OF ENTIRE CASE

# ATTESTATION
## (Pursuant to Local Rule 5-4.3.4.)

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: February 26, 2024          PAYNE & FEARS LLP

By: */s/ Leilani E. Jones*
     LEILANI E. JONES

Attorneys for Defendant GARFIELD BEACH CVS, LLC

4881-8980-9321.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

-3-
NOTICE OF SETTLEMENT OF ENTIRE CASE