1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUELINE PONCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GARFIELD BEACH CVS LLC,<br><br>　　　　Defendant. | Case No. 2:22−cv−00402 DSF (AGRx)<br><br>**The Hon. Dale S. Fischer**<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

**ORDER**

Based upon the Parties' Joint Stipulation, it is hereby ORDERED that all of Plaintiff's claims in this action are dismissed, with prejudice. Each Party will bear their own attorneys' fees and costs.

DATED: April 2, 2024

*Dale S. Fischer*
Dale S. Fischer
United States District Judge